IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COOK COUNTY REPUBLICAN PARTY,<br><br>Plaintiff,<br><br>v.<br><br>J.B. PRITZKER, in his official capacity as Governor of the State of Illinois; CHARLES W. SCHOLZ, IAN K. LINNABARY, WILLIAM J. CADIGAN, LAURA K. DONAHUE, WILLIAM R. HAINE, WILLIAM M. MCGUFFAGE, KATHERINE S. O'BRIEN, and CASANDRA B. WATSON, in their official capacities as Board Members of the Illinois State Board of Elections; KAREN A. YARBROUGH, in her official capacity as Cook County Clerk; and MARISEL A. HERNANDEZ, WILLIAM J. KRESSE, and JONATHAN T. SWAIN, in their official capacities as Commissioners of the Chicago Board of Election Commissioners,<br><br>Defendants. | No. 1:20-cv-04676<br><br>Hon. Robert M. Dow, Jr.<br><br>**Motion for Preliminary Injunction** |

Pursuant to Fed. R. Civ. P. 65, Plaintiff respectfully moves for a preliminary injunction to avoid imminent and irreparable injury.

As set forth in the attached supporting memorandum of law, Plaintiff asks that this Court enter an order enjoining Defendants and their agents and officers from further implementing the provisions of Senate Bill 1863, signed into law by Defendant J.B. Pritzker as Public Act 101-0642 on June 16, 2020.

Dated: August 10, 2020                                              Respectfully Submitted,

1

**COOK COUNTY REPUBLICAN PARTY**

By: /s/ Brian K. Kelsey
Brian K. Kelsey
James J. McQuaid
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone (312) 263-7668
Facsimile (312) 263-7702
bkelsey@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, James J. McQuaid, an attorney, herby certify that I caused to be served a true and correct copy of the foregoing Motion by placing same with LaSalle Process Servers, 105 W. Madison Street, Suite 1306, Chicago, IL 60602, on August 10, 2020, for service to all Defendants at the addresses listed below on or prior to August 24, 2020. Concurrently, I filed this Motion, and its associated Memorandum of Law and Notice via the ECF system.

/s/ James McQuaid

**Service List**

J.B. Pritzker
Office of the Governor
100 W. Randolph St., Ste. 16-100
Chicago, IL 60601

Charles W. Scholz, Ian K. Linnabary, William J. Cadigan, Laura K. Donahue, William R. Haine, William M. McGuffage, Katherine S. O'Brien, and Casandra B. Watson
Illinois State Board of Elections
100 W. Randolph St., Ste. 14-100
Chicago, IL 60601

Karen A. Yarbrough
Cook County Clerk
69 W. Washington St., Ste. 500
Chicago, IL 60602

Marisel A. Hernandez, William J. Kresse, and Jonathan T. Swain
Chicago Board of Election Commissioners
69 W. Washington, Ste. 600
Chicago, IL 60602