IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COOK COUNTY REPUBLICAN PARTY, <br><br> Plaintiff, <br><br> v. <br><br> J.B. PRITZKER et al., <br><br><br> Defendants. | No. 1:20-cv-4676 <br><br><br> The Honorable Robert M. Dow, Jr. <br><br> **Plaintiff's Voluntary Motion to Dismiss** |

Having read this Court's Order Denying Preliminary Injunction, issued September 17, 2020, and because ballots are scheduled to begin being mailed to voters tomorrow, September 24, 2020, Plaintiff respectfully requests that this Court dismiss this action in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), because no opposing party has served an answer or a motion for summary judgment.

Dated: September 23, 2020

Respectfully Submitted,

**COOK COUNTY REPUBLICAN PARTY**

By: /s/ Brian K. Kelsey
Brian K. Kelsey (Fed. Bar ID # 022874)
bkelsey@libertyjusticecenter.org
James J. McQuaid (Fed. Bar ID # 6290710)
jmcquaid@libertyjusticecenter.org
LIBERTY JUSTICE CENTER
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone (312) 263-7668
Facsimile (312) 263-7702

*Attorneys for Plaintiff*

1

**Certificate of Service**

    I, James McQuaid, an attorney, certify that I served the foregoing motion on all counsel of record by filing it via the Court's ECF system on September 23, 2020.

                                                               /s/ James J. McQuaid